**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Victor Manuel DIAZ–OZUNA,
Defendant–Appellant.**

**No. 09–10435.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 12, 2011.

Filed April 15, 2011.

Serra Marie Tsethlikai, Assistant U.S., Robert Lally Miskell, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: REINHARDT, HAWKINS, and GOULD, Circuit Judges.

### MEMORANDUM *

Victor Manuel Diaz–Ozuna ("Diaz") appeals his conviction for illegal reentry after a prior deportation, in violation of 8 U.S.C. § 1326, arguing the district court violated his Sixth Amendment right of confrontation when it admitted a Certificate of Nonexistence of Record ("CNR") to prove the lack of consent to reentry element without providing for cross-examination of the certifying officer. The government concedes that admission of the CNR was erroneous under *United States v. Orozco–Acosta*, 607 F.3d 1156, 1161 & n. 3 (9th Cir.2010), *cert. denied*, — U.S. ——, 131 S.Ct. 946, 178 L.Ed.2d 782 (2011). Nonetheless, the conceded error was rendered harmless beyond a reasonable doubt by other substantial evidence confirming Diaz's lack of permission to enter the United States. *See id.* at 1162.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.